# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## United States Magistrate Judge

### Clerk's Minutes

### CIV 15-939 KG/GBW

*Adams v. National Credit Systems, Inc., et al.*

Date of Hearing:     1/13/2015
*(not recorded)*

**Attorney for Plaintiff:**                          Anita M. Kelley

**Attorney for Defendant**
**National Credit Systems, Inc.:**          Charity Olson

**Attorney for Defendant**
**Experian Information Solutions, Inc.:**   Jordan B. Arakawa

**Attorneys for Defendant**
**Trans Union LLC:**                         Rodney L. Schlagel
                                             Amanda Loughmiller

**Proceedings**:                             Rule 16 Scheduling Conference

   *Start Time*:                             10:30 a.m.
   *Stop Time*:                              10:46 a.m.
   **Total Time:**                           **16 minutes**

**Clerk**:                                   MDB

**Notes**:

- The Court made introductions.
- The Court explained that counsel for Defendant Equifax Information

Services, LLC had been excused from the scheduling conference after the Court received notice that Equifax had reached a settlement with Plaintiff.
- The Court stated that it had reviewed the Joint Status Report and was prepared to essentially adopt its proposed deadlines.
- After consulting with the parties, the Court stated that it would set the following deadlines and discovery limits:

| | |
|---|---|
| Termination of Discovery: | 7/29/2016 |
| Discovery Motions: | 8/29/2016 |
| Plaintiff's Experts: | 4/22/2016 |
| Defense's Experts: | 5/20/2016 |
| Pretrial Motions: | 8/29/2016 |
| PTO Plaintiff to Defendant: | 10/12/2016 |
| PTO Defendant to Court: | 10/26/2016 |

| | |
|---|---|
| Deadline for Plaintiff to amend pleadings: | 3/25/2016 |
| Deadline for Plaintiff to add parties: | 3/25/2016 |
| Deadline for Defendant to amend pleadings: | 3/25/2016 |
| Deadline for Defendant to add parties: | 3/25/2016 |

- After hearing the parties' positions on the appropriate number of requests for production, the Court said it would set the following discovery limits:

    A maximum of 25 interrogatories per party
    A maximum of 25 requests for admission per party
    A maximum of 5 depositions per party

- The Court suggested that a settlement conference be held in late June, shortly before the close of discovery, in order to potentially avoid unnecessary expense.
- After consulting with the parties, the Court set a tentative settlement conference date for June 28, 2016 at 10:30 a.m. in Las Cruces.  The Court stated that it would wait until tomorrow to file the order setting settlement conference so that counsel could confirm the availability of their clients.
- The Court informed the parties that it would be prepared to address discovery disputes through informal status conferences as an alternative to lengthy and costly motions practice, and that the parties could take advantage of this option by contacting the Court.
- The Court concluded the proceedings.