IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA ADAMS,

    Plaintiff

vs.                                        Case No. 2:15-cv-00939-KG-GBW

NATIONAL CREDIT SYSTEMS, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, AND
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

**<u>ORDER OF DISMISSAL AS TO DEFENDANTS NATIONAL CREDIT SYSTEMS, INC., TRANS UNION, LLC, AND EQUIFAX INFORMATION SERVICES, LLC ONLY WITH PREJUDICE</u>**

Pursuant to the joint motion of Plaintiff and Defendants National Credit Systems, Inc., Trans Union, LLC, and Equifax Information Services, LLC, it is hereby ordered that Defendants National Credit Systems, Inc., Trans Union, LLC, and Equifax Information Services, LLC are dismissed from this matter with prejudice, with the parties to bear their own costs and fees.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

**LAW OFFICE OF ANITA M. KELLEY**

s/Anita M. Kelley
Anita M. Kelley
Law Office of Anita M. Kelley
1121 Fourth Street NW, Suite 1-A
Albuquerque, NM 87102
akelley@consumerlawinfo.com
(505) 750-0265

and

**Olson Law Group**

s/Charity Olson
Charity Olson
2723 S. State St, Ste. 150
Ann Arbor, MI 48104
Attorney for National Credit

and

**Butt Thornton & Baehr P.C.**

s/Rodney L. Schlagel
Rodney L. Schlagel
PO Box 3170
Albuquerque, NM 87190
Attorney for Trans Union

and

**Wiggins, Williams & Wiggins**

s/Patricia G. Williams
Patricia G. Williams
1803 Rio Grande Blvd, N.W.
Albuquerque, NM 87104
+Attorney for Equifax